Law Offices
# HERBST LAW PLLC

October 18, 2017

**BY ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Centre Street
New York, NY  10007

    Re:  <u>Elkhouly v. City of New York, et al.</u>
          17-CV-2318 (KBF) (SN)

Dear Judge Netburn:

    We represent plaintiffs and respectfully submit this letter in response to Mr. LaBarbara's letter yesterday.

    We have no objection to proceeding with defendant Finn by telephone, especially since we may have to ask for the same courtesy with respect to plaintiff Velez, depending upon how she is feeling on Monday, as she currently has a medical issue.  Mr. Elkhouly will be there in person.

                Respectfully yours,

                /s/ Robert L. Herbst

                Robert L. Herbst

cc:  All Defense Counsel by ECF