

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**W. KEAUPUNI AKINA**
*Assistant Corporation Counsel*
wakina@law.nyc.gov
Phone: (212) 356-2377
Fax: (212) 356-3509

August 21, 2018

**BY ECF**
Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  Ahmed Elkhouly and Evelina Velez v. City of New York, et al.
          17-CV-2318 (KBF)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York and the attorney assigned to represent Defendant City of New York ("City") in the above-referenced action. Pursuant to Your Honor's July 23, 2018 Order, I write jointly with Plaintiffs' counsel to update the Court on our progress regarding the resolution of attorneys' fees, expenses, and costs in this matter. (Dkt. No. 107). The parties have discussed this matter and believe they require additional time to see if a resolution can be reached without the Court's intervention. Further, counsel for both parties will be out of the office at different periods of time between August 21, 2018 and September 11, 2018. For these reasons, the parties respectfully request until October 5, 2018 to independently resolve this matter or to otherwise provide a second status letter to the Court.

    The parties thank the Court for its consideration herein.

                 Respectfully submitted,
                 /s/
                 W. KeAupuni Akina
                 *Assistant Corporation Counsel*

cc:  All counsel of record (via ECF)