USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ELKHOULY and EVELINA VELEZ,

    Plaintiffs,

-against-

THE CITY OF NEW YORK, Police Officer PETER MARTER (Shield No. 18790), and Police Officer TIMOTHY FINN (Shield No. 02795),

    Defendants.

17 Civ. 2318 (AT) (SN)

**ORDER ADOPTING REPORT AND <u>RECOMMENDATION</u>**

ANALISA TORRES, District Judge:

    Having received no objections to Magistrate Judge Netburn's August 15, 2019 Amended Report and Recommendation (the "Amended R&R"), ECF No. 132, the Court reviewed the Amended R&R, the original Report and Recommendation, ECF No. 129, and the reasons set forth in Judge Netburn's oral ruling, ECF No. 135, for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the Amended R&R in its entirety. Accordingly, it is hereby ORDERED that Defendants shall pay Plaintiffs for 186.07 hours of Robert Lloyd Herbst's time at $650/hour, for a fee of $120,942.25; and pay for 383.12 hours of Benjamin Ashmore's time at $150/hour, for a fee of $57,468. The total fee award is $178,410.25. Additionally, Defendants shall reimburse Plaintiffs $12,572.64 in reasonable expenses.

    The Clerk of Court is directed to terminate the motion at ECF No. 115 and close the case.

    SO ORDERED.

Dated: August 30, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge